IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

GRACE BEALS,                    )
                                )
              Plaintiff,        )        4:03CV3261
                                )
        v.                      )
                                )
THE COUNTY OF PAWNEE, IN THE    )        ORDER
STATE OF NEBRASKA,              )
                                )
              Defendant.        )
_____ )


        This matter is before the Court on plaintiff's second
motion for extension of time to obtain counsel (Filing No. 67).
Defendant has filed an objection thereto (Filing No. 68).  The
Court finds said motion should be granted.  Accordingly,

        IT IS ORDERED:

        1) Plaintiff's second motion for extension of time to
obtain counsel is granted; plaintiff shall have until July 8,
2005, to advise the Court whether she has obtained new counsel or
intends to proceed *pro se*.

        2) Trial of this matter is scheduled for:

              **Monday, August 1, 2005, at 9 a.m.**

Courtroom No. 2, Denney Federal Building, 100 Centennial Mall
North, Lincoln, Nebraska.  Plaintiff is cautioned that failure to
appear ready to proceed to trial will result in dismissal of this
action.

        DATED this 8th day of June, 2005.

                        BY THE COURT:

                        /s/ Lyle E. Strom
                        _____
                          LYLE E. STROM, Senior Judge
                          United States District Court