IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
GRACE BEALS,                    )
                                )
            Plaintiff,          )      4:03CV3261
                                )
     v.                         )
                                )
THE COUNTY OF PAWNEE, IN THE    )      ORDER
STATE OF NEBRASKA,              )
                                )
            Defendant.          )
_____)
```

This matter is before the Court on plaintiff's motion to dismiss without prejudice (Filing No. 70). Plaintiff is advised that dismissal of this action at this time will in effect be a dismissal with prejudice because of the statute of limitations. Accordingly,

IT IS ORDERED the plaintiff shall until July 8, 2005, to show cause in writing whether she wishes to have this action dismissed. Failure to do so will result in dismissal of this action with prejudice.

DATED this 22nd day of June, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
    LYLE E. STROM, Senior Judge
    United States District Court