IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
GRACE BEALS,                    )
                                )
            Plaintiff,          )        4:03CV3261
                                )
     v.                         )
                                )
THE COUNTY OF PAWNEE, IN THE    )        ORDER
STATE OF NEBRASKA,              )
                                )
            Defendant.          )
_____)
```

This matter is before the Court on the entry of appearance and notice of withdrawal of motion to dismiss (Filing No. 72). The Court finds plaintiff's request to withdraw her motion to dismiss (Filing No. 70) should be granted. Accordingly,

IT IS ORDERED:

1) That plaintiff's motion to dismiss (Filing No. 70) is withdrawn.

2) Trial of this matter is scheduled for:

**Monday, August 1, 2005, at 9 a.m.**

Courtroom No. 2, Denney Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

DATED this 8th day of July, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court