IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GRACE BEALS, | ) | |
| | ) | |
| Plaintiff, | ) | 4:03CV3261 |
| | ) | |
| v. | ) | |
| | ) | |
| THE COUNTY OF PAWNEE, IN THE STATE OF NEBRASKA, | ) ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on the joint stipulation to dismiss with prejudice (Filing No. 75). Pursuant thereto,

IT IS ORDERED this action is dismissed with prejudice, each party to pay their own costs.

DATED this 2nd day of August, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court